UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PEDRO LIZ,

              Plaintiff,

- against -

BASEBALL LIFESTYLE 101, LLC,

              Defendant.

---

24-cv-5710 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to discuss settlement and provide an update to the Court by **November 15, 2024**. Failure to notify the Court by that date may result in dismissal without prejudice.

SO ORDERED.

Dated:    New York, New York
            July 31, 2024

                                        John G. Koeltl
                                    United States District Judge