```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────────
PEDRO LIZ,
                                              24-cv-5710 (JGK)
                    Plaintiff,
                                              ORDER
      - against -

BASEBALL LIFESTYLE 101, LLC,

                    Defendant.
─────────────────────────────────────
```

**JOHN G. KOELTL, District Judge:**

In view of the Court's previous Order to discuss settlement and provide an update to the Court by November 15, 2024, ECF No. 5, the time to answer is stayed.

**SO ORDERED.**

**Dated:**   **New York, New York**
            **August 27, 2024**

                                    /s/ John G. Koeltl
                                   John G. Koeltl
                            United States District Judge